BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PETER J. SKINNER WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-01390-EFB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time as counsel for the Defendant will be out of the country for approximately two weeks, including through the currently scheduled due date for Defendant's motion for summary judgment.

/////

/////

/////

1

The new due date for Defendant's motion for summary judgment will be Friday, April 4, 2014.

                                                Respectfully submitted,

Date: *February 27, 2014*          ANDREW T. KOENIG, ATTORNEY AT LAW

                                    By:    */s/ Andrew T. Koenig\**
                                                   ANDREW T. KOENIG
                                                   *\* By email authorization on Feb. 27, 2014*
                                                   Attorney for Plaintiff

Date: *February 27, 2014*          BENJAMIN B. WAGNER
                                                   United States Attorney

                                                By:    */s/ Jeffrey Chen*
                                                   JEFFREY CHEN
                                                   Special Assistant United States Attorney
                                                   Attorneys for Defendant

                                                  <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED: March 4, 2014.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE