ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
199 Figueroa Street, 3rd Floor
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Peter J. Skinner Ward

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| PETER J. SKINNER WARD, | CASE NO. 2:13-CV-01390-EFB |
| Plaintiff, | [PROPOSED] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND SEVEN-HUNDRED DOLLARS AND NO CENTS ($7,700.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated:   December 17, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE